FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 2 1 2017

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 17-2558 MV |
| | ) | |
| vs. | ) | Counts 1-2, 7: 18 U.S.C. §§ 7, 2241(c), |
| | ) | and 2246(2)(C): Aggravated Sexual |
| **ARTHUR PERRAULT,** | ) | Abuse; |
| | ) | |
| Defendant. | ) | Counts 3, 6: 18 U.S.C. §§ 7, 2241(c), and |
| | ) | 2246(2)(B): Aggravated Sexual Abuse; |
| | ) | |
| | ) | Count 4: 18 U.S.C. §§ 7, 2241(c), and |
| | ) | 2246(2)(D): Aggravated Sexual Abuse; |
| | ) | |
| | ) | Count 5: 18 U.S.C. §§ 7, 2244(a)(5), and |
| | ) | 2246(3): Abusive Sexual Contact |

INDICTMENT

The Grand Jury charges:

Count 1

On or about between 1991 and 1992, in the special maritime and territorial jurisdiction of the United States, namely Kirtland Air Force Base, in Bernalillo County, in the District of New Mexico, the defendant, **ARTHUR PERRAULT**, unlawfully and knowingly engaged in a sexual act, separate and apart from the act charged in Count 2, with John Doe, a child who had not then attained the age of twelve (12) years, and the sexual act consisted of penetration, however slight, of the anal opening of John Doe by a hand and finger of the defendant, with the intent to abuse, humiliate, harass, degrade, arouse, and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 7, 2241(c), and 2246(2)(C).

Count 2

On or about between 1991 and 1992, in the special maritime and territorial jurisdiction of the United States, namely Kirtland Air Force Base, in Bernalillo County, in the District of New Mexico, the defendant, **ARTHUR PERRAULT**, unlawfully and knowingly engaged in a sexual act, separate and apart from the act charged in Count 1, with John Doe, a child who had not then attained the age of twelve (12) years, and the sexual act consisted of penetration, however slight, of the anal opening of John Doe by a hand and finger of the defendant, with the intent to abuse, humiliate, harass, degrade, arouse, and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 7, 2241(c), and 2246(2)(C).

Count 3

On or about between 1991 and 1992, in the special maritime and territorial jurisdiction of the United States, namely Kirtland Air Force Base, in Bernalillo County, in the District of New Mexico, the defendant, **ARTHUR PERRAULT**, unlawfully and knowingly engaged in a sexual act with John Doe, a child who had not then attained the age of twelve (12) years, and the sexual act consisted of the contact between the defendant's mouth and John Doe's penis.

In violation of 18 U.S.C. §§ 7, 2241(c), and 2246(2)(B).

Count 4

On or about between 1991 and 1992, in the special maritime and territorial jurisdiction of the United States, namely Kirtland Air Force Base, in Bernalillo County, in the District of New Mexico, the defendant, **ARTHUR PERRAULT**, unlawfully and knowingly engaged in a sexual act with John Doe, a child who had not then attained the age of twelve (12) years, and the sexual act consisted of the intentional touching, not through the clothing, of the genitalia of John Doe,

with the intent to abuse, humiliate, harass, degrade, arouse, and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 7, 2241(c), and 2246(2)(D).

## Count 5

On or about between 1991 and 1992, in the special maritime and territorial jurisdiction of the United States, namely Kirtland Air Force Base, in Bernalillo County, in the District of New Mexico, the defendant, **ARTHUR PERRAULT**, unlawfully and knowingly engaged in and caused sexual contact with John Doe, a child who had not then attained the age of twelve (12) years, and the sexual contact consisted of the defendant intentionally touching John Doe's genitalia directly and through the clothing, with the intent to abuse, humiliate, harass, degrade, arouse, and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 7, 2244(a)(5), and 2246(3).

## Count 6

On or about between 1991 and 1992, in the special maritime and territorial jurisdiction of the United States, namely the Santa Fe National Cemetery, in Santa Fe County, in the District of New Mexico, the defendant, **ARTHUR PERRAULT**, unlawfully and knowingly engaged in a sexual act with John Doe, a child who had not then attained the age of twelve (12) years, and the sexual act consisted of the contact between the defendant's mouth and John Doe's penis.

In violation of 18 U.S.C. §§ 7, 2241(c), and 2246(2)(B).

## Count 7

On or about between 1991 and 1992, in the special maritime and territorial jurisdiction of the United States, namely the Santa Fe National Cemetery, in Santa Fe County, in the District of New Mexico, the defendant, **ARTHUR PERRAULT**, unlawfully and knowingly engaged in a

sexual act with John Doe, a child who had not then attained the age of twelve (12) years, and the sexual act consisted of penetration, however slight, of the anal opening of John Doe by a hand and finger of the defendant, with the intent to abuse, humiliate, harass, degrade, arouse, and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 7, 2241(c), and 2246(2)(C).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
9/11/2017 3:46 PM