FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 2 7 2017

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 17-2558 MV |
| ) | |
| vs. ) | |
| ) | |
| **ARTHUR PERRAULT,** ) | |
| ) | |
| Defendant. ) | |

## SEALED, *EX PARTE* ORDER PARTIALLY UNSEALING INDICTMENT AND ARREST WARRANT

THIS MATTER having come before the Court upon the sealed, *ex parte* motion of the United States, and the Court having reviewed said motion and being otherwise fully advised, finds:

1. On September 21, 2017, a federal grand jury in this district returned an indictment against the above-named defendant. The indictment and arrest warrant are sealed because the defendant has not been arrested on the warrant.

2. The United States believes that the defendant is presently outside the country, but local and foreign law enforcement may be able to locate and arrest the defendant related to the pending charges.

3. The United States needs an order partially unsealing the indictment and arrest warrant to permit limited disclosure of these documents to and by law enforcement personnel, including foreign authorities, in connection with the performance of their duties and for the exclusive purpose of locating or arresting the defendant.

IT IS THEREFORE ORDERED that the indictment and arrest warrant issued pursuant to that indictment in this matter shall be and are partially unsealed to permit limited disclosure of

these documents to and by law enforcement personnel, including foreign authorities, in connection with the performance of their duties and for the exclusive purpose of locating or arresting the defendant. With the exception of the law enforcement personnel described above, the indictment and arrest warrant, as well as the United States' motion and this order, shall remain sealed until the defendant is arrested or further order of the Court.

_____
HONORABLE LAURA FASHING
UNITED STATES MAGISTRATE JUDGE