AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America
v.

ARTHUR PERRAULT

*Defendant*

Case No. 17-2558 MV

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
SEP 21 2018

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ARTHUR JOSEPH PERRAULT,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-2, 7: 18 U.S.C. §§ 7, 2241(c), and 2246(2)(C): Aggravated Sexual Abuse;
Counts 3, 6: 18 U.S.C. §§ 7, 2241(c), and 2246(2)(B): Aggravated Sexual Abuse;
Count 4: 18 U.S.C. §§ 7, 2241(c), and 2246(2)(D): Aggravated Sexual Abuse;
Count 5: 18 U.S.C. §§ 7, 2244(a)(5), and 2246(3): Abusive Sexual Contact.

Date: 09/22/2017

*Issuing officer's signature*

City and state: Albuquerque, NM

Matthew J. Dykman, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 9/21/17, and the person was arrested on *(date)* 9/20/18
at *(city and state)* New York, NY

Date: 9/20/18

*Arresting officer's signature*

Cristina Sandoval, Special Agent
*Printed name and title*