# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Karen B. Molzen

Initial/Arraignment

| | | | |
|---|---|---|---|
| Case Number: | CR 17-2558 MV | UNITED STATES vs. Perrault | |
| Hearing Date: | 9/21/2018 | Time In and Out: | 3:04-3:07 / 3:11-3:18 |
| Clerk: | E. Romero | Courtroom: | Rio Grande |
| Defendant: | Arthur Perrault | Defendant's Counsel: | Phil Sapien for Sam Winder |
| AUSA | Holland Kastrin & Sean Sullivan | Pretrial/Probation: | C. Duarte |
| Interpreter: | N/A | | |

## PROCEEDINGS

- ☒ Defendant sworn
- ☒ First Appearance by Defendant
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: October 11, 2018
- ☒ Discovery Order electronically entered  ☐ Discovery Order previously entered
- ☒ Case assigned to: Judge Vazquez
- ☒ Trial will be scheduled by presiding judge  ☐ Trial currently set

## Custody Status

- ☐ Defendant waives detention hearing
- ☒ Defendant detained pending hearing — Detention hearing set: 9/25/2018 at 10:00 am
- ☐ Conditions

## Other

- ☐