# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Karen B. Molzen

United States Magistrate Judge

Clerk's Minutes –Detention

| | | | |
|---|---|---|---|
| Date: | 9/25/2018 | Case Number: | CR 17-2558 MV |
| Case Title: USA v. | Arthur Perrault | Liberty: | Rio Grande @ 11:48 am |
| Courtroom Clerk: | E. Romero | Total Time: | 37 min |
| Probation/Pretrial: | D. Marrufo-Ramos & C. Duarte | Interpreter: | n/a |

ATTORNEYS PRESENT:

| | | | |
|---|---|---|---|
| Plaintiff: | Holland Kastrin & Sean Sullivan | Defendant: | Sam Winder |

PROCEEDINGS:

- ☐ Defendant waives Preliminary hearing
- ☒ Defense argues for release; Requests release to halfway house as recommended by Pretrial Services.
- ☒ Government objects; Argues defendant is a flight risk and a danger to the community.
- ☒ Defendant remanded to the custody of the United States Marshal's Service
- ☒ Other: For the reasons stated on the record, the Court finds the defendant to be a flight risk and a danger to the community.