Case 1:17-cr-02558-MV   Document 62-1   Filed 01/29/19   Page 1 of 2

FD-302 (Rev. 5-8-10)
-1 of 2-

OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a
certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

Date of entry  07/05/2017

D       , date of birth (DOB)        , social security number (SSN)        , home address        telephone number        , was interviewed at St. Bernadette Church, 11509 Indian School Rd NE, Albuquerque, NM 87112. After being advised of the identities of the interviewing Agents and the nature of the interview, P    provided the following information:

P    was employed at St. Bernadette Church since 1990. He stated that ARTHUR PERRAULT was at St. Bernadette for eight years before he left in 1992. Prior to the allegations against PERRAULT coming out in the media P    did not suspect anything and had no inclination something inappropriate was happening. He was surprised by the allegations and did not speak to PERRAULT before he left St. Bernadette. P    stated that PERRAULT had a temper but was always professional.

Father J  M    kept in touch with PERRAULT and may have helped him financially. M    told P    that PERRAULT had traveled to Morocco after he left St. Bernadette. M    had friends in Morocco whom he knew from when he was a teacher. PERRAULT was teaching English in Morocco and did not travel back to the United States. M    would talk to PERRAULT on the telephone. Approximately two to three times a year P    would speak to PERRAULT via the telephone calls placed by M   . This continued until M   'S death. PERRAULT denied any inappropriate behavior when P    questioned him about it during these calls.

PERRAULT lived in a condominium on Spain Rd while he worked at St. Bernadette. H    K    lived in the condominium after PERRAULT left. P    believed that K    helped PERRAULT with his books while he was in Morocco. He also stated that PERRAULT did not receive any money from the church after he left. His income was from social security and the Air Force.

During the 1990's M    and Deacon E  B    where in charge of the altar servers.        served mass every day and wanted to be a priest.        did not get along with M   . PERRAULT would take        out of the

Investigation on  06/29/2017  at  Albuquerque, New Mexico, United States (In Person)

File #                                              Date drafted  06/30/2017

by  Cristina Sandoval, Leroy Chavez

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

U.S. v. Perrault                                                  FBI_001200

parish to cemeteries to assist with the final prayers during a burial. P    did not know what specific cemeteries they visited.    never said anything to P    about what happened.

PERRAULT drove a big, black car that could have been a Buick. He would also go to Kirkland Air Force Base. When he would go to base he would be wearing a military uniform. P    did not know if PERRAULT took    with him to the base.

During a tour of the rectory P    stated that the main living area was still the same as it was in the 1990's. The room at the end of the hall, which is now a bedroom, was an office in the 1990's. That office was used by PERRAULT for his publication, People of God. P    said there was not a bed in the room during that time. The current bedrooms were added when Father T   M       started at St. Bernadette approximately five to six years ago.