Summary of interview with D    P       on 1/4/19

Persons present during the interview:

D    P

Samuel Winder-Attorney

Richard Baca-Investigator


- D    P       was advised of the identity of the FBI agent, the Investigator from KAFB.
  D    P       was familiar with                    .
- D    P       has been employed by St. Bernadette's Church since 1990.
- D    P       stated Arthur Perrault was with the church approximately eight years and left in 1992.
- Arthur Perrault had a temper but was always professional.
- Priest J    M      kept in touch with Arthur while he (Arthur Perrault) was in Morocco.
- D    P       contacted Arthur Perrault when Priest M      died.
- Arthur Perrault lived in a townhouse on Spain NE. D            remembered them as being two attached homes. Later H      K       moved into the townhouse when Arthur Perrault left.
- Arthur Perrault did not receive any money from the church.  Arthur Perrault received social security and the military.
-                did not get along with Priest M      and                wanted to be a priest.
- D    P       did not see any priest go to a cemetery.  It was D    P      ' understanding a Deacon would go to the interment.
- D    P       never saw Arthur Perrault take              to a cemetery. D    P       never saw              in a car with Arthur Perrault and was not aware they had ever visited a cemetery together or KAFB.
- D    P       never saw Arthur Perrault take              anywhere.
- At the time of the alleged incident all office staff were in the same building excluding religious education.  Arthur Perrault left before the new building was built.
-                , mother of              was a social worker.  D    P       would see              at the parish two to three times a week or when issue would arise. During one of              's visit Arthur Perrault's name was brought up.              told D              that she asked              if Priest Arthur Perrault ever touched or abused him and              told              that Arthur Perrault never touched or abused him. This conversation occurred shortly after Arthur Perrault left in 1992.
-                never mentioned to D    P       that anything happened between Arthur Perrault and himself (              ).
- On page 2 of report by Cristina Sandoval, Leroy Chavez, file              the last paragraph (except the last sentence) was true according to D    P      . D    P       stated

the bedrooms added had to be under Priest T    Z    because he was there approximately 18 years.  Priest T    M    was there for approximately 2 ½ years.

- D    P    only recalled one event where Arthur Perrault went to the National Cemetery in Santa Fe.  It was for the funeral of H    B    , husband of M    B    . M    B    volunteered at St. Bernadette's Church.  The office was closed to allow those who wanted to attend the funeral.
- At the time D    P    was interviewed by Leroy Chavez, FBI, and the Investigator from the Air Force,    was present.
- The investigators identified themselves.  D    P    knew
-     made a statement that we want to take away his military retirement and all conversation was hushed.
- D    P    had inquired why the guy from the Air Force was present.
-     pointed to an area in an office and made the statement that's where the bed was, and D    P    responded there was no bed in here.
- A couple of days prior to the interview someone from the Archdiocese had notified D    two investigators from the FBI were coming down.
- One was from the FBI and the other from the Air Force along with    .  D P    was only expecting two FBI investigators.
- D    P    told Priest L    P    about the investigators coming down.
- Photographs were taken but have not been processed.