IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 17-2558 MV |
| ) | |
| **ARTHUR PERRAULT**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

# UNITED STATES' PROPOSED WITNESS LIST

The United States respectfully submits this Proposed Witness List. The United States reserves the right to call additional custodians of records as necessary, to call any witness named by the defense, and to amend its witness list as necessary before and during trial. Witnesses who may testify during the United States' case-in-chief include:

| Name | Title | Relevance to Case | Estimated time of Testimony |
|---|---|---|---|
| Edward Blea | Former Deacon, St. Bernadette's Parish | Evidence of interaction with Defendant at time of charged offenses | 30 minutes |
| Benedict Bourgeois | Special Agent, Federal Bureau of Investigation | Seizure of evidence from Defendant and post-arrest interview | 1 hour |
| Victoria Bratton | Former Air National Guard member, Kirtland Air Force Base | Knew Defendant when he was chaplain at Kirtland Air Force Base, the location of several charged offenses | 30 minutes |
| TBA | Custodian of Records – Archdiocese of Santa Fe | Authentication of Church records pertaining to Defendant | 15 minutes |
| TBA | Custodian of Records – Second Judicial | Authentication of Court records | 15 minutes |

|  | District Court of New Mexico | pertaining to Defendant |  |
|---|---|---|---|
| John Doe 1 | Victim | Sexually abused by Defendant[1] | 8 hours |
| John Doe 2 | Victim | Sexually abused by Defendant | 2 hours |
| John Doe 3 | Victim | Sexually abused by Defendant | 2 hours |
| John Doe 4 | Victim | Sexually abused by Defendant | 2 hours |
| John Doe 5 | Victim | Sexually abused by Defendant | 2 hours |
| John Doe 6 | Victim | Sexually abused by Defendant | 2 hours |
| John Doe 7 | Victim | Sexually abused by Defendant | 2 hours |
| John Doe 8 | Victim | Sexually abused by Defendant | 2 hours |
| John Doe 9 | Victim | Sexually abused by Defendant | 2 hours |
| Gail Goodman | Forensic psychologist | Testimony about delayed disclosure by child sexual abuse victims and other relevant matters | 8 hours |
| Merrica Heaton | United States Department of State | Testimony about incriminating statements by Defendant | 30 minutes |
| Mother of John Doe 3 | Victim's mother | Testimony about incriminating statements by Defendant | 1 hour |
| Mother of John Doe 5 and 6 | Victim's mother | Testimony about incriminating statements by Defendant | 1 hour |
| Cristina Sandoval | Special Agent, Federal Bureau of Investigation | Seizure of evidence from Defendant | 30 minutes |

---

[1] Further details of the anticipated testimony from John Doe 1-9 are set forth in Doc. 43, the United States' amended notice of offer evidence pursuant to Fed. R. Crim. P. 413, 414, and 404(b).

| Cheryl Tuttle | Former Air National Guard member, Kirtland Air Force Base | Knew Defendant when he was chaplain at Kirtland Air Force Base, the location of several charged offenses | 30 minutes |
|---|---|---|---|
| TBA | Kirtland Air Force Base | Testimony of land status within special maritime and territorial jurisdiction of the United States[2] | 30 minutes |
| TBA | Santa Fe National Cemetery | Testimony of land status within special maritime and territorial jurisdiction of the United States | 30 minutes |

Respectfully submitted,

JOHN C. ANDERSON
Acting United States Attorney

/s
SEAN J. SULLIVAN
HOLLAND S. KASTRIN
Assistant U.S. Attorneys
201 Third St. NW, Suite 900
Albuquerque, NM 87102

I hereby certify that a copy of this motion was delivered via CM/ECF to counsel for defendants.
 *filed electronically*
Sean J. Sullivan

---

[2] As stated in the United States' motion for a pretrial ruling on special maritime and territorial jurisdiction, Doc. 76-1, the prosecution does not believe witnesses to the land status of Kirtland Air Force Base and Santa Fe National Cemetery are necessary under the law. However, the United States is prepared to call such witnesses if the Court requires their testimony to prove the offenses occurred with the special maritime and territorial jurisdiction of the United States.