IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cr. No. 17-2558 MV |
| | ) | |
| **ARTHUR PERRAULT**, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## UNITED STATES' PROPOSED EXHIBIT LIST

The United States respectfully submits this Proposed Exhibit List. The United States reserves the right to amend this list as necessary before and during trial. The following exhibits may be offered as evidence during the United States' case-in-chief include:

| Ex. No. | Witness | Date | Obj. | Adm. | Description of Evidence |
|---|---|---|---|---|---|
| 1 | | | | | Photographs taken at St. Bernadette's Catholic Church |
| 2 | | | | | Photographs taken at Kirtland Air Force Base |
| 3 | | | | | Photographs taken at Santa Fe National Cemetery |
| 4 | | | | | Photographs from St. Pius High School |
| 5 | | | | | Photographs of Defendant |
| 6 | | | | | Photographs of John Doe 1 |
| 7 | | | | | Photographs of John Doe 2 |
| 8 | | | | | Photographs of John Doe 3 |
| 9 | | | | | Photographs of John Doe 4 |
| 10 | | | | | Photographs of John Doe 5 |
| 11 | | | | | Photographs of John Doe 6 |

| | | | | | |
|---|---|---|---|---|---|
| 12 | | | | | Photographs of John Doe 7 |
| 13 | | | | | Photographs of John Doe 8 |
| 14 | | | | | Photographs of John Doe 9 |
| 15 | | | | | Recordings of Statements by Defendant |
| 16 | | | | | Transcripts of Recordings of Statements of Defendant |
| 17 | | | | | Letter from Defendant to mother of John Doe 3 |
| 18 | | | | | Written statement of John Doe 3 |
| 19 | | | | | Letter from Defendant to King of Morocco |
| 20 | | | | | Letter from Defendant to New Mexico judge |
| 21 | | | | | St. Bernadette's funeral log |
| 22 | | | | | Records of Archdiocese of Santa Fe |
| 23 | | | | | Air Force records |
| 24 | | | | | Air National Guard records |
| 25 | | | | | Map of Kirtland Air Force Base |
| 26 | | | | | Map of Santa Fe National Cemetery |
| 27 | | | | | Documents in support of testimony of Dr. Gail Goodman |

Respectfully submitted,

JOHN C. ANDERSON
Acting United States Attorney

/s
SEAN J. SULLIVAN
HOLLAND S. KASTRIN
Assistant U.S. Attorneys
201 Third St. NW, Suite 900
Albuquerque, NM 87102

I hereby certify that a copy of this
motion was delivered via CM/ECF
to counsel for defendants.
 *filed electronically*
Sean J. Sullivan