IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                  Case No. CR 17-2558 MV

ARTHUR PERRAULT,

        Defendant.

## DEFENDANT'S PERRAULT'S AMENDED WITNESS LIST

COMES NOW the Defendant Arthur Perrault, by and through counsel, Samuel L. Winder, Romero & Winder, P.C. respectfully submits the following list of witnesses which may be called at trial.[1]  Defendant Perrault requests permission to amend this witness list to include additional witnesses that may be necessary prior to and during trial:

1. Richard Baca   - 45 minutes

2. FBI Agent Leroy Chavez – 1 hour

3. Priscilla Padilla Griego – 15 minutes

4. David Lopez – 30 minutes

5. Dan Paulos – 1 hour

---

[1] At the pretrial conference conducted on March 14, 2019, undersigned counsel presented to the Court and the United States the proposed testimony regarding these witnesses.

        Respectfully submitted,

        <u>/s/ Samuel. L. Winder</u>
        Samuel L. Winder, Esq.
        Attorney for Defendant Arthur Perrault
        Romero & Winder, P.C.
        1905 Lomas Blvd., NW
        Albuquerque, NM 87104
        (505) 843-9776

**I HEREBY CERTIFY** that on this 14th day of March 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Holland S. Kastrin, AUSA
Sean J. Sullivan, AUSA

<u>*/s/ Samuel L. Winder*</u>
Samuel L. Winder, Esq.