IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Cr. No. 17-2558 MV |
| **ARTHUR PERRAULT**, | ) | |
| Defendant. | ) | |

**UNITED STATES' SECOND AMENDED PROPOSED WITNESS LIST**

The United States respectfully submits this Second Amended[1] Proposed Witness List.  The United States reserves the right to call additional custodians of records as necessary, to call any witness named by the defense, and to amend its witness list as necessary before and during trial.  Witnesses who may testify during the United States' case-in-chief include:

| Name | Title | Relevance to Case | Estimated time of Testimony |
|---|---|---|---|
| Edward Blea | Former Deacon, St. Bernadette's Parish | Evidence of interaction with Defendant at time of charged offenses | 30 minutes |
| Benedict Bourgeois | Special Agent, Federal Bureau of Investigation | Seizure of evidence from Defendant and post-arrest interview | 1 hour |
| Victoria Bratton | Former Air National Guard | Knew Defendant when he was chaplain at Kirtland | 30 minutes |

---

[1] This amendments reflected in this list are as follows: (1) adding the name of the land status witnesses for Kirtland Air Force Base and the Santa Fe National Cemetery; (2) adding AFOSI Special Agent Michael Thrasher.

|  | member, Kirtland Air Force Base | Air Force Base, the location of several charged offenses |  |
|---|---|---|---|
| Father Glenn Jones | Custodian of Records – Archdiocese of Santa Fe | Authentication of Church records pertaining to Defendant | 15 minutes |
| Priscilla Griego | Custodian of Records – St. Bernadette's Parish | Authentication of St. Bernadette's Parish sacramental records | 15 minutes |
| TBA | Custodian of Records – Second Judicial District Court of New Mexico | Authentication of Court records pertaining to Defendant | 15 minutes |
| John Doe 1 | Victim | Sexually abused by Defendant | 8 hours |
| John Doe 2 | Victim | Sexually abused by Defendant | 2 hours |
| John Doe 3 | Victim | Sexually abused by Defendant | 2 hours |
| John Doe 4 | Victim | Sexually abused by Defendant | 2 hours |
| John Doe 5 | Victim | Sexually abused by Defendant | 2 hours |
| John Doe 6 | Victim | Sexually abused by Defendant | 2 hours |
| John Doe 7 | Victim | Sexually abused by Defendant | 2 hours |
| John Doe 8 | Victim | Sexually abused by Defendant | 2 hours |
| John Doe 9 | Victim | Sexually abused by Defendant | 2 hours |
| Gail Goodman | Forensic psychologist | Testimony about delayed disclosure by child sexual abuse victims and other relevant matters | 8 hours |

| Merrica Heaton | United States Department of State | Testimony about incriminating statements by Defendant | 30 minutes |
|---|---|---|---|
| Reverend Timothy Martinez | Former Assistant Pastor at San Felipe de Neri Church | Evidence of interaction with Defendant at time of charged offenses | 15 minutes |
| Mother of John Doe 3 | Victim's mother | Testimony about incriminating statements by Defendant | 1 hour |
| Mother of John Doe 5 and 6 | Victim's mother | Testimony about incriminating statements by Defendant | 1 hour |
| Cristina Sandoval | Special Agent, Federal Bureau of Investigation | Seizure of evidence from Defendant | 30 minutes |
| Cheryl Tuttle | Former Air National Guard member, Kirtland Air Force Base | Knew Defendant when he was chaplain at Kirtland Air Force Base, the location of several charged offenses | 30 minutes |
| Carl Ciccarelli | Kirtland Air Force Base | Testimony of land status within special maritime and territorial jurisdiction of the United States | 30 minutes |
| Jared Howard | Santa Fe National Cemetery | Testimony of land status within special maritime and territorial jurisdiction of the United States | 30 minutes |
| Paul Michael Thrasher | Special Agent, Air Force Office of Special Investigations | Testimony concerning Air Force personnel records related to Defendant | 30 minutes |

                              Respectfully submitted,

                              JOHN C. ANDERSON
                              United States Attorney

                              /s
                              SEAN J. SULLIVAN
                              HOLLAND S. KASTRIN
                              Assistant U.S. Attorneys
                              201 Third St. NW, Suite 900
                              Albuquerque, NM 87102

I hereby certify that a copy of this
motion was delivered via CM/ECF
to counsel for defendants.
 *filed electronically*
Holland S. Kastrin