IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                Case No. CR 17-2558 MV

ARTHUR PERRAULT,

      Defendant.

## DEFENDANT'S PERRAULT'S AMENDED EXHIBIT LIST

COMES NOW the Defendant Arthur Perrault, by and through counsel, Samuel L. Winder, Romero & Winder, P.C. respectfully submits the following exhibit list of exhibits that may be introduced at trial. Defendant Perrault requests permission to amend this exhibit list to include additional exhibits that may be necessary prior to and during trial:

1. Photographs of Saint Bernadette Rectory.

2. Floor plan of Saint Bernadette Rectory.

3. Military records for Arthur Perrault.

                                                          Respectfully submitted,

/s/ Samuel. L. Winder
Samuel L. Winder, Esq.
Attorney for Defendant Arthur Perrault
Romero & Winder, P.C.
1905 Lomas Blvd., NW
Albuquerque, NM 87104
(505) 843-9776

**I HEREBY CERTIFY** that on this 25th day of March, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Holland S. Kastrin, AUSA
Sean J. Sullivan, AUSA


*/s/ Samuel L. Winder*
Samuel L. Winder, Esq.