# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## CLERK'S MINUTES

*Before the Honorable Martha Vázquez*

**Case No.:** CR 17-2558-MV  **Date:** April 10, 2019

**Title:** USA v. Arthur Perrault

**Courtroom Clerk:** Marina Henri  **Court Reporter:** Carmela McAlister

**Court in Session:** 1:21 pm  **Court in Recess:** 1:27 pm

TOTAL TIME IN COURT = 6 min

**TYPE OF PROCEEDING:** Jury Trial

**COURT'S RULINGS AND/OR DISPOSITION:**

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:**

**INTERPRETER:**

### ATTORNEY(S) FOR PLAINTIFF:

AUSA Holland Kastrin

AUSA Sean Sullivan

### ATTORNEY(S) FOR DEFENDANT:

Sam Winder, Esq.

**PROCEEDINGS:**

9:00 am   Jury begins deliberations.

11:55 am   Jury sends a question to Court. Court confers with counsel while jurors break for lunch.

1:00 p.m.   Jurors resume deliberations and send note advising they have reached a verdict. (No response to juror question was provided by the Court before receiving notification that the jury had reached a verdict.)

1:21 pm   Court is in Session.

| | |
|---|---|
| 1:22 pm | The jury is seated. |
| 1:23 pm | The Court reads the verdict.<br>    As to Count 1, guilty.<br>    As to Count 2, guilty.<br>    As to Count 3, guilty.<br>    As to Count 4, guilty.<br>    As to Count 5, guilty.<br>    As to Count 6, guilty.<br>    As to Count 7, guilty. |
| 1:25 pm | Nothing further on behalf of the parties. The Court thanks the jury and they are excused. |
| 1:27 pm | Court is in recess. |