IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE No. 17-CR-2558 MV ) |
| **ARTHUR PERRAULT**, | ) ) |
| Defendant. | ) ) |

## VERDICT

WE, THE JURY, find the defendant, **ARTHUR PERRAULT** _Guilty_,
(*Guilty* or *Not Guilty*)

of aggravated sexual abuse as charged in Count 1 of the Indictment.

WE, THE JURY, find the defendant, **ARTHUR PERRAULT** _Guilty_,
(*Guilty* or *Not Guilty*)

of aggravated sexual abuse as charged in Count 2 of the Indictment.

WE, THE JURY, find the defendant, **ARTHUR PERRAULT** _Guilty_,
(*Guilty* or *Not Guilty*)

of aggravated sexual abuse as charged in Count 3 of the Indictment.

WE, THE JURY, find the defendant, **ARTHUR PERRAULT** _Guilty_,
(*Guilty* or *Not Guilty*)

of aggravated sexual abuse as charged in Count 4 of the Indictment.

WE, THE JURY, find the defendant, **ARTHUR PERRAULT** __Guilty__,
(*Guilty* or *Not Guilty*)

of abusive sexual contact as charged in Count 5 of the Indictment.

WE, THE JURY, find the defendant, **ARTHUR PERRAULT** __Guilty__,
(*Guilty* or *Not Guilty*)

of aggravated sexual abuse as charged in Count 6 of the Indictment.

WE, THE JURY, find the defendant, **ARTHUR PERRAULT** __Guilty__,
(*Guilty* or *Not Guilty*)

of aggravated sexual abuse as charged in Count 7 of the Indictment.

DATED this __10__ day of April, 2019.

[signature redacted]

32

WE, THE JURY, find the defendant, **ARTHUR PERRAULT** _Guilty_,
(*Guilty* or *Not Guilty*)

of abusive sexual contact as charged in Count 5 of the Indictment.

WE, THE JURY, find the defendant, **ARTHUR PERRAULT** _Guilty_,
(*Guilty* or *Not Guilty*)

of aggravated sexual abuse as charged in Count 6 of the Indictment.

WE, THE JURY, find the defendant, **ARTHUR PERRAULT** _Guilty_,
(*Guilty* or *Not Guilty*)

of aggravated sexual abuse as charged in Count 7 of the Indictment.

DATED this 10 day of April, 2019.